IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC. f/k/a CROP PRODUCTION SERVICES, INC., <br><br>  Plaintiff, <br><br> v. <br><br> CLAUDE PRICE COUNTS, III, individually and d/b/a COUNTS FARMS, TOMMY LORNE COUNTS, and COUNTS FARMS, INC., <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. |

# COMPLAINT
_____

Nutrien Ag Solutions, Inc. f/k/a Crop Production Services, Inc., a Delaware corporation ("Nutrien"), brings this suit against Defendants Claude Price Counts, III, individually and d/b/a Counts Farms, Tommy Lorne Counts, and Counts Farms, Inc. (collectively, "Defendants"), as follows:

1. Nutrien is a citizen of Delaware as it is a Delaware corporation and a citizen of Colorado as its principal place of business is in Loveland, Colorado.

Nutrien is registered to do business in the State of Alabama. Nutrien is the owner of the accounts and documents at issue in this litigation.

2. Defendant Claude Price Counts, III is, upon information and belief based upon reasonable investigation, a citizen and resident of Colbert County, Alabama, and may be served at 4055 6th Street, Tuscumbia, AL 35674 or such other place as may be located.

3. Tommy Lorne Counts is, upon information and belief based upon reasonable investigation, a citizen and resident of Colbert County, Alabama, and may be served at 2675 6th Street, Tuscumbia, AL 35674 or such other place as may be located.

4. Counts Farms, Inc. is, upon information and belief based upon reasonable investigation, a citizen of Alabama as it is an Alabama corporation, with its principal place of business in Colbert County, Alabama. Its registered agent is Claude Price Counts, Jr., who upon information is deceased. Service of process upon a corporation may be perfected by following state law in which the district court is located. FED. R. CIV. P. 4. Pursuant to ALA. R. CIV. P. 4, Counts Farms, Inc. may be served by serving an officer, agent or managing agent at 4055 6th Street, Tuscumbia, AL 35674 or such other place as may be located. Upon

information and belief based upon the account documents provided to Nutrien, Claude Price Counts, III is an officer or managing agent of Counts Farms, Inc. and may be served at 4055 6th Street, Tuscumbia, AL 35674.

## JURISDICTION AND VENUE

5.  Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship among Nutrien and Defendants as alleged in Paragraphs 1 through 4, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

6.  Venue is proper in this Court pursuant to 28 U.S.C. § 1391 as a substantial part of the events giving rise to the claim occurred in the Northern District of Alabama and Defendants are residents of the Northern District of Alabama.

## STATEMENT OF FACTS

7.  Nutrien adopts and incorporates Paragraphs 1 through 6 as if fully set forth herein.

8.  On or around April 16, 2018, as a condition to the extension of credit to Defendants, Nutrien required Claude Price Counts, III individually and d/b/a Counts Farms, and Tommy Lorne Counts, as co-applicant, to execute and deliver

to Nutrien a Customer Profile (the "Contract"). A true and correct copy of the Contract is attached hereto as **Exhibit A**.[1] Defendants established two primary accounts under the Contract including a Main Account ("Account 2979") and a Wheat Account ("Account 9084"; collectively with Account 2979, the "Accounts"). At the time the Accounts were established, Claude Price Counts, III and Tommy Lorne Counts represented to Nutrien that Counts Farms was a partnership. However, Nutrien has discovered that it is not a partnership, but a corporation.

9. For Account 9084, Claude Price Counts, III executed and delivered a Terms Exception Agreement. A true and correct copy of the Terms Exception Agreement dated around February 6, 2019 is attached hereto as **Exhibit B**.

10. In the Contract, Claude Price Counts, III and Tommy Lorne Counts guaranteed the payment and performance of and assumed personal liability for the payment and performance of all obligations due and owing Nutrien for products and services provided under the Contract.

11. At various times, Nutrien sold and delivered goods and services to Defendants for their farming operation pursuant to the stated terms of sale under

---

[1] Pursuant to FED. R. CIV. P. 5.2, Nutrien has redacted some personal identifier information that appears on the Contract.

the Contract and under the terms of the invoices issued by Nutrien upon each purchase to Defendants.

12. Each of the sales and services provided to Defendants were set forth on invoices issued by Nutrien and transmitted to Defendants at the address provided by Defendants. Nutrien also sent monthly statements of the account to Defendants. Defendants have failed or refused to pay the sums invoiced and billed for the delivered goods and services.

13. As of July 23, 2020, Defendants are indebted to Nutrien in the amount of $1,035,298.09 under Account 2979 and $59,772.27 under Account 9084.

14. In case of default under the Contract and associated invoices, Defendants agreed to pay a finance charge of 18% per year (1.5% per month) on the unpaid balance of the past due account. Defendants further agreed to pay Nutrien's reasonable attorneys' fees, plus all costs and expenses of collection. Attorneys' fees, expenses, and costs are hereby claimed and demanded.

## COUNT I – CLAIM FOR GOODS SOLD AND DELIVERED

15. Nutrien adopts and incorporates paragraphs 1 through 14 as if fully set forth herein.

16. Defendants specifically ordered goods from Nutrien.

17.  Nutrien sold and delivered those goods to Defendants and transmitted invoices reflecting the terms and conditions of payment, as well as monthly statements.

18.  Defendants has failed and/or refused to pay for those goods and Nutrien has been damaged as a result.

WHEREFORE, the premises considered, Nutrien demands judgment against Defendants in the amount of $1,035,298.09 under Account 2979 and $59,772.27 under Account 9084, plus interest provided by law, plus reasonable attorneys' fees, plus all expenses and all costs of this action and for such other and further relief as the Court deems just and proper.

## COUNT II – CLAIM FOR OPEN ACCOUNTS

19.  Nutrien adopts and incorporates paragraphs 1 through 18 as if fully set forth herein.

20.  Nutrien is owed from Defendants the total sum of $1,035,298.09 under Account 2979 and $59,772.27 under Account 9084 by open accounts.

WHEREFORE, the premises considered, Nutrien demands judgment against Defendants in the amount of $1,035,298.09 under Account 2979 and $59,772.27 under Account 9084, plus interest provided by law, plus reasonable attorneys' fees,

plus all expenses and all costs of this action and for such other and further relief as the Court deems just and proper.

### COUNT III – CLAIM ON ACCOUNTS STATED

21. Nutrien adopts and incorporates paragraphs 1 through 20 as if fully set forth herein.

22. Defendants owe Nutrien $1,035,298.09 under Account 2979 and $59,772.27 under Account 9084 on accounts stated between Nutrien and Defendants.

WHEREFORE, the premises considered, Nutrien demands judgment against Defendants in the amount of $1,035,298.09 under Account 2979 and $59,772.27 under Account 9084, plus interest provided by law, plus reasonable attorneys' fees, plus all expenses and all costs of this action and for such other and further relief as the Court deems just and proper.

### COUNT IV – CLAIM FOR UNJUST ENRICHMENT

23. Nutrien adopts and incorporates paragraphs 1 through 22 as if fully set forth herein.

24. Nutrien has conferred a benefit on Defendants by delivering goods and services to Defendants for their farming operation and for which they have derived great value.

25. Defendants voluntarily accepted and retained the benefit conferred.

26. The circumstances render Defendants' retention of the benefit inequitable unless Defendants pay to Nutrien the value of the benefit.

27. Defendants have been unjustly enriched at the expense of Nutrien.

28. Nutrien is entitled to damages as a result of Defendants' unjust enrichment, including a judgment in the amount of $1,035,298.09 under Account 2979 and $59,772.27 under Account 9084, for the goods accepted and unlawfully retained by Defendants from Nutrien.

WHEREFORE, the premises considered, Nutrien demands judgment against Defendants in the amount of $1,035,298.09 under Account 2979 and $59,772.27 under Account 9084, plus interest provided by law, plus reasonable attorneys' fees, plus all expenses and all costs of this action and for such other and further relief as the Court deems just and proper.

## COUNT V – CLAIM FOR BREACH OF CONTRACT

29. Nutrien adopts and incorporates paragraphs 1 through 28 as if fully set forth herein.

30. Under the terms of the Contract, Defendants agreed to pay Nutrien for goods and services provided by Nutrien to Defendants for their farming operation.

31. Defendants breached said Contract by failing to pay Nutrien for goods and services provided by Nutrien to Defendants for their farming operation.

32. Defendants have failed to pay the amount due under the Contract as reflected by the invoices issued in connection with the products and services ordered pursuant to the contract as of this date.

33. All conditions precedent to the filing of this action has occurred or has been waived.

WHEREFORE, the premises considered, Nutrien demands judgment against Defendants in the amount of $1,035,298.09 under Account 2979 and $59,772.27 under Account 9084, plus interest provided by law, plus reasonable attorneys' fees, plus all expenses and all costs of this action and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 23rd day of July, 2020.

s/ Patrick L. W. Sefton
Patrick L. W. Sefton
Bar Number: ASB-8341-N47P
Attorney for Nutrien Ag Solutions, Inc. f/k/a
Crop Production Services, Inc.
Sasser, Sefton & Brown, P.C.
P. O. Box 4539
Montgomery, AL 36103-4539
Telephone: (334) 532-3400
Facsimile: (334) 532-3434
Email: psefton@sasserlawfirm.com

K:\DOCLIB\50074\42\00842584.DOCX        Page 10 of 11

**<u>Clerk</u>:**

Defendants will be personally served by private process server at the address listed on the Summons or such other place as Defendants may be located:

Claude Price Counts, III, individually and
d/b/a Counts Farms
4055 6th Street
Tuscumbia, AL 35674

Tommy Lorne Counts
2675 6th Street
Tuscumbia, AL 35674

Counts Farms, Inc.
Attention: Claude Price Counts, III
4055 6th Street
Tuscumbia, AL 35674