# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **NUTRIEN AG SOLUTIONS, INC. f/k/a Crop Production Services, Inc.,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) CASE NO. 3:20-CV-01049-LCB |
| **CLAUDE PRICE COUNTS, III,** Individually and d/b/a COUNTS FARMS, **TOMMY LORNE COUNTS, and COUNTS FARMS, INC.,** | ) ) ) ) ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL
_____

Nutrien Ag Solutions, Inc. ("Nutrien"), Claude Price Counts, III, Counts Farms, Inc. and Tommy Lorne Counts jointly stipulate that all claims in this case are due to be dismissed with prejudice, with each party to bear their own costs, expenses and attorneys' fees.

Counsel for Nutrien has been authorized by counsel for Defendants to electronically submit this filing on behalf of the parties.

Respectfully submitted this 14th day of October 2022.

        s/ Patrick L. W. Sefton
        Patrick L. W. Sefton
        Bar Number: ASB-8341-N47P
        Attorney for Nutrien Ag Solutions, Inc.
        f/k/a Crop Production Services, Inc.
        Sasser, Sefton & Brown, P.C.
        P.O. Box 4539
        Montgomery, AL 36103-4539
        Telephone: (334) 532-3400
        Facsimile: (334) 532-3434
        psefton@sasserlawfirm.com

**COUNSEL FOR DEFENDANTS:**

        s/ Grant A. Wright (*with express permission*)
        Grant A. Wright
        Max D. Wright
        Bar Number: ASB-0312-T59G
        Bar Number: ASB 4276-O20A
        Wright Law, P.C.
        105 West 2nd Street
        Tuscumbia, AL 35674
        Telephone: (256) 383.6357
        grant@grantwrightlaw.com
        max@grantwrightlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL** has been e-filed using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 14th day of October 2022:

>s/ Patrick L. W. Sefton
>Patrick L. W. Sefton
>Bar Number: ASB-8341-N47P
>Attorney for Nutrien Ag Solutions, Inc.
>f/k/a Crop Production Services, Inc.
>Sasser, Sefton & Brown, P.C.
>P.O. Box 4539
>Montgomery, AL 36103-4539
>Telephone: (334) 532-3400
>Facsimile: (334) 532-3434
>psefton@sasserlawfirm.com