# U.S. District Court
# Northern District of Alabama (Northwestern)
# CIVIL DOCKET FOR CASE #: 3:20–cv–01049–LCB

| | |
|---|---|
| Nutrien AG Solutions Inc v. Counts et al<br>Assigned to: Judge Liles C Burke<br>Cause: 28:1332 Diversity–Contract Dispute | Date Filed: 07/23/2020<br>Date Terminated: 10/17/2022<br>Jury Demand: None<br>Nature of Suit: 190 Contract: Other<br>Jurisdiction: Diversity |

**Plaintiff**

**Nutrien AG Solutions Inc**　　　　　represented by　**Patrick L.W. Sefton**
*formerly known as*　　　　　　　　　　　　　　　　　CAPELL & HOWARD, PC
Crop Production Services Inc　　　　　　　　　　　　P.O. Box 2069
　　　　　　　　　　　　　　　　　　　　　　　　　Montgomery, AL 36102–2069
　　　　　　　　　　　　　　　　　　　　　　　　　334–241–8000
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 334–323–8888
　　　　　　　　　　　　　　　　　　　　　　　　　Email: Pat.Sefton@chlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Claude Price Counts, III**　　　　　represented by　**Max Daniel Wright**
*individually*　　　　　　　　　　　　　　　　　　　Wright Law, P.C.
*doing business as*　　　　　　　　　　　　　　　　Wright Law, P.C.
Counts Farms　　　　　　　　　　　　　　　　　　309 N. Main Street
　　　　　　　　　　　　　　　　　　　　　　　　　35674
　　　　　　　　　　　　　　　　　　　　　　　　　Tuscumbia, AL 35674
　　　　　　　　　　　　　　　　　　　　　　　　　256–383–6357
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 256–381–4612
　　　　　　　　　　　　　　　　　　　　　　　　　Email: max@grantwrightlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　**Grant A Wright**
　　　　　　　　　　　　　　　　　　　　　　　　　WRIGHT LAW, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　309 North Main Street
　　　　　　　　　　　　　　　　　　　　　　　　　Tuscumbia, AL 35674
　　　　　　　　　　　　　　　　　　　　　　　　　256–383–6357
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 256–381–4612
　　　　　　　　　　　　　　　　　　　　　　　　　Email: grant@grantwrightlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Tommy Lorne Counts**　　　　　　represented by　**Max Daniel Wright**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　**Grant A Wright**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Counts Farms Inc**　　　　　　　　represented by　**Max Daniel Wright**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2020 | 1 | COMPLAINT against Nutrien AG Solutions Inc, Claude Price Counts, III, and Tommy Lorne Counts filed by Nutrien AG Solutions Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(AHI ) (Entered: 07/24/2020) |
| 07/24/2020 | 2 | NOTICE of Corporate Disclosure by Nutrien AG Solutions Inc (AHI) (Entered: 07/24/2020) |
| 07/24/2020 |  | Filing Fee: Filing fee $ 400, receipt_number 1126–3635986 (B4601107349). related document 1 COMPLAINT against Nutrien AG Solutions Inc, Claude Price Counts, III, and Tommy Lorne Counts filed by Nutrien AG Solutions Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(AHI ). (Sefton, Patrick) Modified on 7/28/2020 (AHI). (Entered: 07/24/2020) |
| 07/29/2020 | 3 | Summons Issued by the clerk and delivered to plaintiff for service as to Claude Price Counts, III, Tommy Lorne Counts,and Counts Farms Inc. (AHI ) (Entered: 07/29/2020) |
| 08/06/2020 | 4 | SUMMONS Returned Executed by Nutrien AG Solutions Inc. Claude Price Counts, III served on 8/4/2020, answer due 8/25/2020. (Sefton, Patrick) (Entered: 08/06/2020) |
| 08/06/2020 | 5 | SUMMONS Returned Executed by Nutrien AG Solutions Inc. Tommy Lorne Counts served on 8/4/2020, answer due 8/25/2020. (Sefton, Patrick) (Entered: 08/06/2020) |
| 08/06/2020 | 6 | SUMMONS Returned Executed by Nutrien AG Solutions Inc. Counts Farms Inc served on 8/4/2020, answer due 8/25/2020. (Sefton, Patrick) (Entered: 08/06/2020) |
| 09/01/2020 | 7 | ANSWER to Complaint by Claude Price Counts, III, Tommy Lorne Counts, Counts Farms Inc.(Wright, Grant) (Entered: 09/01/2020) |
| 09/09/2020 | 8 | REPORT of Rule 26(f) Planning Meeting. (Sefton, Patrick) (Entered: 09/09/2020) |
| 09/09/2020 | 9 | INITIAL ORDER GOVERNING ALL FURTHER PROCEEDINGS – with appendices attached. Signed by Judge Liles C Burke on 9/9/2020. (AHI) (Entered: 09/09/2020) |
| 09/10/2020 | 10 | SCHEDULING ORDER: that certain time limits and deadlines apply as set out in this order; Discovery due by 4/15/2021; Dispositive Motions due by 5/17/2021; Trial ready by 10/2021; Status Conference set for 2/22/2021 01:30 PM in John McKinley Federal Building, Florence, AL. Signed by Judge Liles C Burke on 9/10/2020. (AHI ) (Entered: 09/10/2020) |
| 02/11/2021 | 11 | TEXT ORDER (CHANGE IN TIME ONLY) that the Status Conference is RESET for 2/22/2021 at 9:30 a.m. in the John McKinley Federal Building, Florence, AL before the undersigned. Signed by Judge Liles C Burke on 2/11/21. (SPT ) (Entered: 02/11/2021) |
| 02/22/2021 |  | Minute Entry for proceedings held before Judge Liles C Burke: Status Conference held on 2/22/2021 Patrick Sefton present for plaintiff and Daniel Wright present for defendant. (SPT ) (Entered: 02/25/2021) |
| 05/13/2021 | 12 | MOTION for Summary Judgment *Against Defendants Claude Price Counts, III, Individually and D/B/A Counts Farms; Tommy Lorne Counts; and Counts Farms, Inc.* by Nutrien AG Solutions Inc. (Attachments: # 1 Brief in Support of Plaintiff's Motion for Summary Judgment Against Defendants Claude Price Counts III, individually and d/b/a Counts Farms; Tommy Lorne Counts; and Counts Farms, Inc., # 2 Exhibit A – Affidavit of Wendy Glass, # 3 Exhibit B – Deposition of Claude Price Counts, III, # 4 Exhibit C – Deposition of Tommy Lorne Counts, # 5 Exhibit D – Affidavit of Chris Michelfelder, # 6 Exhibit E – Part 1 of 6 – Plaintiff's Requests for Admission and Defendants' Responses to Plaintiff's Requests for Admission, # 7 Exhibit E – Part 2 of 6 – Plaintiff's Requests for Admission and Defendants' Responses to Plaintiff's Requests for Admission, # 8 Exhibit E – Part 3 of 6 – Plaintiff's Requests for |

| | | |
|---|---|---|
| | | Admission and Defendants' Responses to Plaintiff's Requests for Admission, # 9 Exhibit E – Part 4 of 6 – Plaintiff's Requests for Admission and Defendants' Responses to Plaintiff's Requests for Admission, # 10 Exhibit E – Part 5 of 6 – Plaintiff's Requests for Admission and Defendants' Responses to Plaintiff's Requests for Admission, # 11 Exhibit E – Part 6 of 6 – Plaintiff's Requests for Admission and Defendants' Responses to Plaintiff's Requests for Admission, # 12 Exhibit F – Defendants' Responses to Plaintiff's 1st Set of Interrogatories and Request for Production)(Sefton, Patrick) # 13 Exhibit Fully REDACTED EXHIBIT A [12–2]) (14) Exhibit Fully REDACTED Exhibit E part 1 [12–6] through [12–11], # 15 Exhibit Fully REDACTED Exhibit E part 2 [12–6] through [12–11], # 16 Exhibit Fully REDACTED Exhibit E part 3 [12–6] through [12–11]) Modified on 5/19/2021 (AHI ). (Entered: 05/13/2021) |
| 05/17/2021 | 13 | MOTION to Seal *Previously Filed Documents* by Nutrien AG Solutions Inc. (Sefton, Patrick) (Entered: 05/17/2021) |
| 05/19/2021 | 14 | TEXT ORDER granting 13 Motion to Seal. The Clerk is directed to SEAL Exhibit A (Doc. 12–2) and Exhibit E (Doc. 12–6 to 12–11) filed in support of the plaintiff's motion for summary judgment. Signed by Judge Liles C Burke on 5/19/2021. (KBW) (Entered: 05/19/2021) |
| 08/12/2021 | 15 | SUGGESTION OF BANKRUPTCY Upon the Record as to Defendants by Nutrien AG Solutions Inc. filed by Nutrien AG Solutions Inc (Sefton, Patrick) (Entered: 08/12/2021) |
| 10/21/2021 | 16 | TEXT ORDER that a Telephone Conference is set for 10/26/2021 at 10:30 a.m.; dial in information will be emailed to counsel. Signed by Judge Liles C Burke on 10/21/21. (SPT ) (Entered: 10/21/2021) |
| 10/26/2021 | | Minute Entry for proceedings held before Judge Liles C Burke: Telephone Conference held on 10/26/2021; Patrick Sefton present for plaintiff; Max Wright present for defendants; The Court held a phone conference to discuss Plaintiffs Suggestion of Bankruptcy. The Court will enter an order staying the proceedings in this case. (SPT ) (Entered: 10/26/2021) |
| 10/27/2021 | 17 | ORDER – The Court STAYS all proceedings in this action until 1/25/2022; the parties are to file a joint status report at least 10 days before the expiration of this order. Signed by Judge Liles C Burke on 10/27/2021. (AHI) (Entered: 10/27/2021) |
| 01/12/2022 | 18 | STATUS REPORT *Joint Status Report* by Nutrien AG Solutions Inc. filed by Nutrien AG Solutions Inc (Sefton, Patrick) (Entered: 01/12/2022) |
| 01/13/2022 | 19 | ORDER: The Court **EXTENDS THE STAY** of all proceedings in this action for 90 days until **April 25, 2022**; parties are to file a joint status report at least 10 days before the expiration of this order. Signed by Judge Liles C Burke on 1/13/2022. (AHI) (Entered: 01/13/2022) |
| 04/15/2022 | 20 | JOINT Status Report by Nutrien AG Solutions Inc. (Sefton, Patrick) Modified on 4/15/2022 (AHI). (Entered: 04/15/2022) |
| 04/18/2022 | 21 | ORDER: The Court **EXTENDS THE STAY** of all proceedings in this action for 90 days until **July 25, 2022**; the parties are to file a joint status report at least 10 days before the expiration of this order as more fully set out in order. Signed by Judge Liles C Burke on 4/18/2022. (AHI) (Entered: 04/18/2022) |
| 07/13/2022 | 22 | STATUS REPORT *Joint Status Report* by Nutrien AG Solutions Inc. filed by Nutrien AG Solutions Inc (Sefton, Patrick) (Entered: 07/13/2022) |
| 07/13/2022 | 23 | ORDER: The Court EXTENDS THE STAY of all proceedings in this action for 90 days until October 24, 2022. The Court further ORDERS the parties to file a joint status report at least 10 days before the expiration of this order. Signed by Judge Liles C Burke on 7/14/22. (BJL) (Entered: 07/14/2022) |
| 10/14/2022 | 24 | STATUS REPORT by Nutrien AG Solutions Inc. filed by Nutrien AG Solutions Inc (Sefton, Patrick) (Entered: 10/14/2022) |
| 10/14/2022 | 25 | STIPULATION of Dismissal *Joint Stipulation of Dismiss* by Nutrien AG Solutions Inc. filed by Nutrien AG Solutions Inc (Sefton, Patrick) (Entered: 10/14/2022) |

| 10/17/2022 | 26 | TEXT ORDER: Upon consideration of the parties' joint stipulation of dismissal, which complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **ORDERED** that this case is **DISMISSED** with prejudice and that each party shall bear its own costs, expenses, and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case. Signed by Judge Liles C Burke on 10/17/2022. (AHI) (Entered: 10/17/2022) |