# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# NORTHWESTERN DIVISION

|  |  |
|---|---|
| **NUTRIEN AG SOLUTIONS, INC. f/k/a CROP PRODUCTION SERVICES, INC.,**<br>    **PLAINTIFF**<br>**VS.**<br><br>**CLAUDE PRICE COUNTS, III,** Individually and d/b/a **COUNTS FARMS, TOMMY LORNE COUNTS,** and **COUNTS FARMS, INC.,**<br><br>    **DEFENDANTS** | **CIVIL ACTION NO: 3:20-cv-01049-LCB** |

## ANSWER

Come now the Defendants, Claude Price Counts, III, Tommy Lorne Counts and Counts Farms, Inc. (collectively, "Defendants"), and for answer to the Plaintiff's complaint, state as follows:

1. Defendants do not have the requisite knowledge to admit or deny Plaintiff's place of incorporation or its principal place of business; thus, denied.

2. Admitted.

3. Admitted.

4. Admitted.

## JURISDICTION AND VENUE

5. Admitted.

6. Admitted.

## STATEMENTS OF FACTS

7. Defendants adopt and incorporate Paragraphs 1 through 6 as if fully set forth herein.

8. Defendants Claude Price Counts, III and Tommy Lorne Counts admit that Plaintiff and Defendants entered into a contract, but deny that any intentional misrepresentation was made as to the entity status of Count Farms, Inc.

9. Admitted.

10. Admitted.

11. Admitted.

12. Defendants admit that statements and invoices were sent and that some invoices remain outstanding, but deny that Defendants have failed to pay the amount claimed by Plaintiff.

13. Denied.

14. Denied. Further, Defendants assert that a 18% per year finance charge is usurious; therefore, it cannot be enforced. [1]

### COUNT I- CLAIM FOR GOODS SOLD AND DELIVERED

---

[1] See Ala Code § 8-8-1 (2012).

15. Defendants adopt and incorporate Paragraphs 1 through 14 as if fully set forth herein.

16. Admitted.

17. Admitted.

18. Defendants admit that statements and invoices were sent regarding these goods and that some invoices remain outstanding, but deny that Defendants have failed to pay the amount claimed by Plaintiff.

## COUNT II- CLAIM FOR OPEN ACCOUNTS

19. Defendants adopt and incorporate Paragraphs 1 through 18 as if fully set forth herein.

20. Denied.

## COUNT III- CLAIM ON ACCOUNTS STATED

21. Defendants adopt and incorporate Paragraphs 1 through 20 as if fully set forth herein.

22. Denied.

## COUNT IV- CLAIM FOR UNJUST ENRICHMENT

23. Defendants adopt and incorporate Paragraphs 1 through 22 as if fully set forth herein.

24. Defendants admit that Plaintiff delivered goods and services to Defendants.

25. Admitted.

26. Denied.

27. Denied.

28. Denied.

## COUNT V- CLAIM FOR BREACH OF CONTRACT

29. Defendants adopt and incorporate Paragraphs 1 through 28 as if fully set forth herein.

30. Admitted.

31. Defendants admit that statements and invoices were sent regarding these goods and that some invoices remain outstanding, but deny that Defendants have failed to pay the amount claimed by Plaintiff.

32. Defendants admit that statements and invoices were sent regarding these goods and that some invoices remain outstanding, but deny that Defendants have failed to pay the amount claimed by Plaintiff.

33. Denied.

## AFFIRMATIVE AND ADDITIONAL DEFENSES

Defendants set forth the following affirmative and additional defenses but expressly do not assume the burden of proof with respect to any such defense(s) except as otherwise required by applicable law or rule with respect to the particular defense(s) asserted. Defendants further reserve the right to assert other affirmative and additional defenses or otherwise to supplement the Answer upon discovery of facts or evidence rendering such

action appropriate.

## FIRST DEFENSE

Defendants claim lack of subject matter jurisdiction.

## SECOND DEFENSE

The Plaintiff has failed to state a claim upon which relief can be granted.

## THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, by its own acts, omissions, or misconduct.

## FOURT DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

## FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent that Plaintiff was not injured in the manner or to the extent alleged.

## SIXTH DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent it has failed to mitigate the damages that it allegedly has suffered.

## SEVENTH DEFENSE

Plaintiff is not entitled to attorney fees, costs, or expenses.

s/Grant A. Wright
GRANT A. WRIGHT (ASB-0312-T59G)
Attorney for Defendants

s/Max D. Wright
MAX D. WRIGHT (ASB-4276-O20A)
Attorney for Defendants

OF COUNSEL:
WRIGHT LAW, P.C.
105 West 2nd Street
Tuscumbia, Alabama 35674
Telephone: (256) 383-6357

## CERTIFICATE OF SERVICE

I hereby certify that I have, this date, served a copy of the above and foregoing upon all counsel of record by electronic filing, electronic correspondence and/or placing a copy of same in the United States Mail, postage prepaid.

Dated this the 1st day of September, 2020.

 s/Grant A. Wright
OF COUNSEL
