# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 21−81208−CRJ7 |
| Tommy Lorne Counts | **Chapter** 7 |
| **SSN:** xxx−xx−0023 | |

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*203* − Objection to Claim # 8,9 of Nutrien AG Solutions, Inc. in the amount of $1,245,214.12 Filed by Debtor Tommy Lorne Counts. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6)(Maples, Stuart)

**Date:  Monday, August 18, 2025**          **Time:  10:00 AM**

**Location:  United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

| | |
|---|---|
| Dated:  July 15, 2025 | By: |
| | William M Halcomb, Clerk |
| | United States Bankruptcy Court |

tcw