IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TOMMY LORNE COUNTS, | ) CASE NO. 21-81208-CRJ7 |
| SSN: XXX-XX-0023 | ) CHAPTER 7 |
| | ) |
| Debtor. | ) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that I have this day, served a true and correct copy of the *Objection to Nutrien AG Solutions, Inc.'s Proof of Claim* [ECF No. 203], upon Nutrien AG Solutions, Inc. at 5296 Harvest Lake Drive, Bldg. 5, Level 4, Loveland, CO 80538 by placing a copy of the same in the United States Mail, postage prepaid, on July 15, 2025, and by electronic mail at wendy.glass@nutrien.com.

                                                                 */s/ Stuart M. Maples*
                                                                STUART M. MAPLES
                                                                (ASB-1974-S69S)

THOMPSON BURTON PLLC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
(256) 489-9779 – Telephone
(256) 489-9720 – Facsimile
smaples@thompsonburton.com