IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TOMMY LORNE COUNTS, | ) | CASE NO. 21-81208-CRJ7 |
| SSN: XXX-XX-0023 | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

## TRUSTEE'S MOTION TO PAY ADMINISTRATIVE EXPENSE

COMES NOW Melissa Mitchell, as Chapter 7 Trustee ("Trustee") for the above styled bankruptcy case and, pursuant to 11 U.S.C. § 503(a), seeks authorization to pay an administrative expense of the Bankruptcy Estate. In support of this motion, the Trustee states as follows:

1. On July 9, 2021, Debtor filed a voluntary petition in this Court under Chapter 12 of the Bankruptcy Code. Subsequently, on February 18, 2022, Debtor converted his case to one under Chapter 7 of the Bankruptcy Code.

2. On October 30, 2024, this Court entered an order approving the employment of Edmond R. Denaburg as accountant for the Estate to assist in the preparation of tax returns. Tax returns have been prepared and submitted to the appropriate taxing authorities for the 2022 and 2023 tax years. The Estate owes a balance of $588.00 to the Alabama Department of Revenue ("ADOR") for the 2022 tax year. There will also be due a subsequent payment to ADOR for penalties and interest which ADOR will calculate upon the receipt of the initial payment.

3. The Trustee seeks authority to pay this tax of the Estate as an allowed administrative expense under §503 of the Bankruptcy Code.

Respectfully submitted this the 18th day of July, 2025.

*/s/ Melissa W. Mitchell*
Melissa W. Mitchell, Chapter 7 Trustee
4217 9th Ave., Ste 14
Huntsville, AL 35805
256-970-4217

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2025, I served the foregoing Trustee's Motion to Pay Administrative Expense on the parties listed below via electronic mail and on the following parties: (i) the Office of the Bankruptcy Administrator; (ii) the Internal Revenue Service; (iii) all secured creditors; (iv) all counsel of record; (v) any governmental agencies that request special notice; and (vi) those persons who served on counsel for the Debtor and filed with the Clerk of this Court a notice, requesting service of papers filed in this case by depositing the same in the United States Mail, postage prepaid and properly addressed or via electronic mail at the e-mail address below, or via the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures, and Stuart M. Maples at smaples@thompsonburton.com, counsel for Debtor.

*/s/ Melissa W. Mitchell*