# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 21−81208−CRJ7 |
| Tommy Lorne Counts | **Chapter** 7 |
| **SSN:** xxx−xx−0023 | |

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*208* − Trustee's Motion to Pay Administrative Expense Filed by Trustee Melissa W. Mitchell (Mitchell, Melissa)

**Date:** Monday, August 18, 2025    **Time:** 10:00 AM

**Location:** United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

| | |
|---|---|
| Dated: July 21, 2025 | By: |
| | William M Halcomb, Clerk |
| | United States Bankruptcy Court |

tcw