# Notice Recipients

District/Off: 1126–5   User: admin   Date Created: 7/21/2025
Case: 21–81208–CRJ7   Form ID: van002   Total: 48

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ba | Richard M Blythe | Richard_Blythe@alnba.uscourts.gov |
| tr | Melissa W. Mitchell | trustee@melissalegal.com |
| aty | Andrew J. Shaver | ashaver@bradley.com |
| aty | Bowdy J Brown | bo.brown@chlaw.com |
| aty | Patrick L. W. Sefton | Pat.Sefton@chlaw.com |
| aty | Robert P. Reynolds | rreynolds@rrllaw.com |
| aty | S. Dagnal Rowe | drowe@wilmerlee.com |
| aty | Stuart M Maples | smaples@thompsonburton.com |
| aty | Timothy P Pittman | tim@wolfejones.com |
| aty | William M. Hancock | bankruptcy@wolfejones.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
- db — Tommy Lorne Counts — 2675 E. 6th Street — Tuscumbia, AL 35674
- cr — Colbert Farmers' Cooperative — c/o Bradley Arant Boult Cummings, LLP — Attn: Andrew J. Shaver — One Federal Place — 1819 5th Avenue North — Birmingham, AL 35203
- cr — First Metro Bank — c/o — Robert P. Reynolds — Post Office Box 2863 — Tuscaloosa, AL 35403
- cr — Nutrien Ag Solutions, Inc. f/k/a Crop Production Services, Inc. — Sasser, Sefton & Brown, P.C. — c/o Patrick L.W. Sefton — P.O. Box 4539 — Montgomery, AL 36103
- cr — Fenix Capital Funding, LLC — 9265 4th Ave. — 2nd Fl. — Brooklyn, NY 11209
- auc — Mickey Fowler — Fowler Acution and Real Estate Services — 8710 Highway 53 — Toney, AL 35773
- acc — Edmond R Denaburg — Christina & Denaburg PC — 2649 Rocky Ridge Lane — Birmingham, AL 35216
- sp — William M. Hancock — Wolfe, Jones & Boswell — 905 Bob Wallace Avenue — Suite 100 — Huntsville, AL 35801
- sp — Timothy Pittman — Wolfe Jones & Boswell — 905 Bob Wallace Ave Ste 100 — Huntsville, AL 35801
- 10735377 — Ashley Funding Services, LLC — Resurgent Capital Services — PO Box 10587 — Greenville, SC 29603–0587
- 10707283 — Capital One — PO Box 30285 — Salt Lake City, UT 84130
- 10718657 — Capital One Bank (USA), N.A. — by American InfoSource as agent — PO Box 71083 — Charlotte, NC 28272–1083
- 10707284 — Claude Price Counts, III — 302 Lime Drive — Muscle Shoals, AL 35661
- 10707278 — Colbert Farmers Cooperative — c/o Andrew Shaver — One Federal Place, 1819 5th Avenue N — Birmingham, AL 35203
- 10707285 — Counts Farms, Inc. — 4010 6th Street — Tuscumbia, AL 35674
- 10707286 — Denise Counts — 6075 2nd Street — Muscle Shoals, AL 35661
- 10706750 — Discover Bank — Discover Products Inc — PO Box 3025 — New Albany, OH 43054–3025
- 10707287 — Discover Financial Services — P.O. Box 30943 — Salt Lake City, UT 84130
- 11605038 — First Metro Bank — 406 West Avalon Ave. — Muscle Shoals, AL 35661
- 10707280 — First Metro Bank — 406 West Avalon Ave. — Muscle Shoals, AL 35661
- 10707281 — First Metro Bank — 406 West Avalon Ave. — Muscle Shoals, AL 35661
- 10707279 — First Metro Bank — C/o Robert P. Reynolds, Esq. — PO Box 2863 — Tuscaloosa, AL 35401
- 10922501 — First Metro Bank — c/o Robert P. Reynolds — Reynolds, Reynolds and Little, LLC — Post Office Box 2863 — Tuscaloosa, Alabama 35403
- 10707276 — Internal Revenue Service — Centralized Insolvency Operations — PO Box 7346 — Philadelphia, PA 19101
- 10707275 — Joyce White Vance — US Attorney General — 1801 4th Ave North — Birmingham, AL 35203
- 10707273 — Loretta Lynch US Attorney General — US Dept. of Justice — 950 Pennsylvania Ave NW — Washington, DC 20530
- 10707274 — Luther Strange — Alabama Attorney General — PO Box 300152 — Montgomery, AL 36130
- 10731208 — Nutrien Ag Solutions, Inc. — 5296 Harvest Lake Drive, Bldg. 5 Level 4 — Loveland, Colorado 80538
- 10707282 — PNC Bank — 2730 Liberty Avenue — Pittsburgh, PA 15222
- 10731134 — PNC Bank, National Association — Bankruptcy Department — PO Box 94982 — Cleveland, OH 44101
- 10707288 — Rene' Hankin — 360 Gate 6 Rd. — Muscle Shoals, AL 35661
- 10707277 — State of Alabama — Department of Revenue Legal Division — PO Box 320001 — Montgomery, AL 36132
- 10707290 — Synchrony Bank — PO Box 9650035 — Orlando, FL 32896
- 10707289 — Synchrony Bank — PO Box 965035 — Orlando, FL 32896
- 10732530 — Synchrony Bank — c/o PRA Receivables Management, LLC — PO Box 41021 — Norfolk, VA 23541
- 10707291 — TCF National Bank — 11100 Wayzata Blvd. — Suite 801 — Hopkins, MN 55305
- 10700799 — The Huntington National Bank — 11100 Wayzata Boulevard — Suite 801 — Minnetonka, MN 55305
- 11013863 — Verizon — by American InfoSource as agent — PO Box 4457 — Houston, TX 77210–4457

TOTAL: 38